386 A.2d 535

**In re ESTATE of Lydia H. HAMILTON, Deceased.**

**Appeal of John A. HAMILTON.**

Supreme Court of Pennsylvania.

Argued April 20, 1978.

Decided May 15, 1978.

Martin W. Sheerer, Dillman, Sheerer & Schuchert, Pittsburgh, for appellant.

Cloyd R. Mellott, G. Robert Moore, Eckert, Seamans, Cherin & Mellott, Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Decree affirmed.

Each side to pay own costs.